UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

MICHAEL THURBER, *individually and on behalf of all* :
*others similarly situated*,                          :

                                      :           26-CV-03790 (JAV)

                  Plaintiff,          :

                                        :        ORDER REGARDING
        -v-                       :   NOTICE TO PURPORTED
                                        :    PLAINTIFF CLASS
GRAPHIC PACKAGING HOLDING COMPANY, et al., :       MEMBERS

                                      :
                  Defendants.    :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On May 7, 2026, Plaintiff filed a putative class action on behalf of persons and entities other than Defendants that purchased or otherwise acquired Graphic Packaging securities between February 4, 2025, and February 2, 2026.  ECF No. 1. ("Compl."), ¶ 1.  The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than June 4, 2026**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.


SO ORDERED.

Dated: May 27, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2