Labaton Keller Sucharow

**Alfred L. Fatale III**
**Partner**
**Labaton Keller Sucharow LLP**
140 Broadway
New York, New York 10005
+1 212.907.0884
afatale@labaton.com

July 31, 2026

MEMO ENDORSED

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**Re: *Thurber v. Graphic Packaging Holding Co. et al.*, Case No. 1:26-cv-03790-JAV**

Dear Judge Vargas:

We write jointly on behalf of Saskatchewan Healthcare Employees' Pension Plan ("Lead Plaintiff") and Defendants Graphic Packaging Holding Company, Michael P. Doss, and Stephen R. Scherger (collectively, "Defendants"), pursuant to Your Honor's July 20, 2026 order (ECF No. 36).

The parties have met and conferred on a deadline for Lead Plaintiffs to file an amended complaint and for Defendants' responses thereto and respectfully propose the following schedule:

1. Lead Plaintiff shall file the amended complaint on or before September 29, 2026.

2. Defendants shall answer or otherwise respond to the amended complaint on or before November 24, 2026.

3. Lead Plaintiff shall file the opposition to any motion to dismiss on or before January 19, 2027.

4. Defendants shall file their reply to the opposition to the motion to dismiss on or before February 18, 2027.

The parties are available at the Court's convenience to discuss this request. Thank you for your consideration.

LKS



Respectfully submitted,

Alfred L. Fatale III

cc: All counsel of record (via ECF)

**SO ORDERED:**

________________________________
The Honorable Jeannette A. Vargas
United States District Judge
Dated: August 17, 2026